IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: IRENE CASTILLO,               Case No.: 19-70353

                                     Chapter 13

                                     Judge: EDUARDO V RODRIGUEZ

_____Debtor._____/

## OBJECTION TO CONFIRMATION OF PLAN

Comes The Bank of New York Mellon, as Indenture Trustee, for Mid-State Capital Corporation 2004-1 Trust ("Secured Creditor") by and through its undersigned attorneys, and for its Objection to Confirmation of Debtor's Chapter 13 Plan, herein states and alleges as follows:

1.  This Court has exclusive jurisdiction over this proceeding. The Debtor filed their Petition under Chapter 13 of the United States Bankruptcy Code on or about September 3, 2019.

2.  The Bank of New York Mellon, as Indenture Trustee, for Mid-State Capital Corporation 2004-1 Trust is a secured creditor holding a secured claim against Debtor's real property located at 1603 Tulipan Ave., Mission, TX 78572. The amount of the claim as of the date of filing will be set forth in Creditor's Proof of Claim.

3.  The Proposed plan fails to provide for Creditor's treatment.

4.  The Plan fails to provide for an arrearage to Secured Creditor. The correct estimated arrearage as of the date of filing is $13,532.45. The Plan should be modified to provide for the arrearage to Secured Creditor.

5.  The Plan fails to provide for a monthly payment to Secured Creditor. The correct monthly payment is $741.68. The Plan should be modified to provide for the monthly payment to Secured Creditor.

4.  The Plan has not been filed in good faith and should not be confirmed.

WHEREFORE, The Bank of New York Mellon, as Indenture Trustee, for Mid-State Capital Corporation 2004-1 Trust prays that its Objection to Confirmation of Plan be sustained, and for all proper relief.

Dated: November 6, 2019.

Respectfully submitted,

AKERLY LAW PLLC

By: /s/ Bruce W. Akerly
     Bruce W. Akerly
     Texas Bar No. 00953200

878 S. Denton Tap Road, Suite 100
Coppell, Texas 75019
(469) 444-1878 Main
(469) 444-1864 Direct
bakerly@akerlylaw.com

COUNSEL FOR THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, FOR MID-STATE CAPITAL CORPORATION 2004-1 TRUST

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Confirmation of Plan has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 6th day of November, 2019.

/s/ *Bruce W. Akerly*
Bruce W. Akerly

**SERVICE LIST (CASE NO. 19-70353)**

**By U.S. First Class Mail**

***Debtor – Pro Se***
Irene Castillo
1603 Tulipan Ave.
Mission, TX 78572

**By Electronic Service**

***Trustee***
Cindy Boudloche
Chapter 13 Trustee
555 N Carancahua
Ste 600
Corpus Christi, TX 78401-0823

***U.S. Trustee***
US Trustee
606 N Carancahua
Corpus Christi, TX 78401