

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
12/19/2019

| | | |
|---|---|---|
| IN RE: | § | |
| IRENE CASTILLO | § | CASE NO: 19-70353 |
| Debtor | § | |
| | § | CHAPTER 13 |

## ARREST WARRANT

On November 21, 2019, this Court issued an Order For Show Cause and Compelling Attendance and setting a hearing for December 18, 2019 at 9:00 a.m. at the United States Bankruptcy Court, 1701 W. Highway 83 McAllen Texas 78501. The Order stated that if anyone in the Order failed to appear at the December 18, 2019 hearing, the Court may issue further orders including a bench warrant for their arrest. LUIS GARCIA, and JOSEPH SILVER failed to appear at the December 18, 2019 hearing. This Court, having already entered an Order wherein LUIS GARCIA and JOSEPH SILVER was ordered to comply, is only left with one remedy which is to compel their attendance. Accordingly, it is therefore

**ORDERED** that:

1. the United States Marshals Service arrest and produce LUIS GARZA, male, last known address 3275 W Hillsboro Blvd, Suite 101, Deerfield Beach, Florida 33442-9410. LUIS GARZA shall be brought before the United States Bankruptcy Court, 10th Floor Courtroom, 1701 W. Bus. Hwy. 83, McAllen, Texas 78501.

2. the United States Marshals Service arrest and produce JOSEPH SILVER, male, last known address 3275 W Hillsboro Blvd, Suite 101, Deerfield Beach, Florida 33442-9410. JOSEPH SILVER shall be brought before the United States Bankruptcy Court, 10th Floor Courtroom, 1701 W. Bus. Hwy. 83, McAllen, Texas 78501.

3. In executing this arrest warrant, the United States Marshals Service is authorized to use any force reasonably necessary to take LUIS GARCIA and JOSEPH SILVER into custody.

4. Questions regarding this arrest warrant should be addressed to the Enforcement Office of the United States Marshals Service, Attention George Ramirez, (956) 683–2400.

5. The Court orders the Clerk to serve a copy of this Order to the United States Marshals Service.

SIGNED 12/19/2019.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge